UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICTOR SANTIAGO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV933 HEA |
| ) | |
| DANIEL BLAIR, et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

This matter is before the Court on Plaintiff's Motion to Compel, [Doc. No. 100]. For the reasons set forth below, the motion is granted in part and denied in part as follows:

the request for video surveillance footage is denied as moot;

the request for photos allegedly taken on July 25, 2008 denied on Defendants' assertion that said photographs are not in existence;

Plaintiff's request for individual confinement and confinement data records is granted by consent of the Defendants;

the request for hazardous material propellant status is denied as irrelevant to any issues in this proceeding;

Plaintiff's request for investigation report prepared by Terschluse is denied as it may contain confidential information regarding employee discipline and put at risk the safety and security of the Department of Corrections, and because of attorney client privilege;

the request for institutional policies is denied as irrelevant to any issues in this proceeding.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel, [Doc. No. 100], is granted in part and denied in part, as herein provided.

Dated this 11th day of February, 2011.

                                                            /s/
                                    HENRY EDWARD AUTREY
                              UNITED STATES DISTRICT JUDGE